IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff<br><br>v.<br><br>20.25 ACRES OF LAND, MORE OR LESS, IN WASHINGTON COUNTY, MARYLAND, AND RAYMOND A. WILLARD, JR., ET AL., AND UNKNOWN OWNERS<br>        Defendants, | Civil JFM-00-1302<br><br>HON. J. FREDERICK MOTZ |

**STIPULATION FOR JUDGMENT AS TO JUST COMPENSATION
FOR TRACTS 401-12 AND 401-56**

The United States of America, plaintiff, and Raymond A. Willard, Jr., Theophilus Calvin Willard, Rebecca Willard, Edgar Joseph Willard, and Audrey C. Willard, defendants, submit the following stipulation for entry of judgment:

It is hereby stipulated and agreed by and between the parties hereto that the full just compensation payable by the plaintiff for the taking of the fee simple title, subject to existing easements for public roads and highways, public utilities, railroads and pipelines, in the property described as Tracts 401-12 and 401-56 in the Schedule "B" to the Complaint filed herein shall be the sum of $84,000.00, inclusive of interest; and

It is further stipulated and agreed that all taxes, assessments, liens and encumbrances against said property on the

date of taking shall be paid, satisfied and discharged out of the said sum; and

It is further stipulated and agreed that the said sum of $84,000.00 shall be the full and just compensation and in full satisfaction of any and all claims of whatsoever nature against the United States of America by reason of the institution and prosecution of this action and the taking of the said interests in the subject property; and

The parties hereto consent to the entry of all orders and judgments necessary to effectuate this stipulation and agreement.

Respectfully submitted,
UNITED STATES OF AMERICA

_____
JOY RYAN, TRIAL ATTORNEY
Land Acquisition Section
Department of Justice
Environment & Natural Resources Division
Land Acquisition Section
P.O. Box 561, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0298
Court fax: (202) 353-7763

Attorney for Plaintiff

_____
RAYMOND A. WILLARD, Jr.
7835 Mountain Laurel Road
Boonsboro, Maryland 21713

_____
THEOPHILUS CALVIN WILLARD

*Rebecca Willard*
REBECCA WILLARD
14314 Pleasant Valley Road
Smithsburg, Maryland 21783


*Edgar Joseph Willard*
EDGAR JOSEPH WILLARD


*Audrey C. Willard*
AUDREY C WILLARD
11412 Pleasant Valley Road
Smithsburg, Maryland 21783

Defendants