IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,
        Plaintiff

v.

20.25 ACRES OF LAND, MORE OR
LESS, IN WASHINGTON COUNTY,
MARYLAND, AND RAYMOND A.
WILLARD, JR., ET AL. AND
UNKNOWN OWNERS,
        Defendants,

Civil JFM-00-1302

HON. J. FREDERICK MOTZ

**FINAL JUDGMENT AS TO TRACTS 401-12 AND 401-56**

Before the Court is a Stipulation as to Just Compensation for the property identified as tracts 401-12 and 401-56, as described in Schedule "B" to the Complaint filed herein. The Court, having considered the Stipulation for Judgment by the United States of America, plaintiff, and by Raymond A. Willard, Jr., Theophilus Calvin Willard, Rebecca Willard, Edgar Joseph Willard, and Audrey C. Willard, defendants, makes the following findings:

    1. That the United States of America has filed a Complaint in which it seeks to take, under authority of its power of eminent domain, the fee simple title, subject to existing easements for public roads and highways, public utilities, railroads and pipelines in the Property;

    2. That title to the 20.25 acres described as Tracts 401-12 and 401-56 in Schedule "B" to the Complaint is vested in Raymond

A. Willard, Jr., Theophilus Calvin Willard, Rebecca Willard, Edgar Joseph Willard, and Audrey C. Willard;

3. That the full and just compensation for the Property described as Tracts 401-12 and 401-56 in Schedule "B" to the Complaint is $84,000.00;

4. That the Register of Wills for Washington County, Maryland, the Register of Wills for Frederick County, Maryland, the Controller of Treasury for the State of Maryland, and the Internal Revenue Service have disclaimed any right, title, claim or interest in the compensation paid or to be paid in this case.

5. That real estate taxes for the current tax year are due and owing to the County of Washington, Maryland, in the amount of $322.62, and no real estate taxes are owed to the County of Frederick, Maryland.

NOW, THEREFORE, it appearing that this proceeding has been regularly conducted and that all necessary parties to this action have been served;

IT IS ADJUDGED, ORDERED AND DECREED that the full compensation for the taking of the fee simple title, subject to existing easements for public roads and highways, public utilities, railroads and pipelines in Tracts 401-12 and 401-56, as described more fully in Schedule "B" to the Complaint, is the sum of $84,000.00, and that upon payment of $84,000.00 into the registry of the Court, title to these tracts of land shall vest in the United States of America free and discharged of all claims

and liens of every kind whatsoever, and the said sum shall be distributed by the Clerk of this Court in the following amounts to the following separate parties:

| Party | Amount |
|---|---|
| Treasurer, County of Washington<br>Courthouse Annex, Room 100<br>25 Summit Avenue<br>Hagerstown, Maryland 21740 | $ 325.74 |
| Raymond A. Willard, Jr.<br>7835 Mountain Laurel Road<br>Boonsboro, Maryland 21713 | $27,891.42 |
| Theophilus Calvin Willard and<br>Rebecca Willard<br>14314 Pleasant Valley Road<br>Smithsburg, Maryland 21783 | $27,891.42 |
| Edgar Joseph Willard and<br>Audrey C. Willard<br>11412 Pleasant Valley Road<br>Smithsburg, Maryland 21783 | $27,891.42 |

_Jan 11, 2001_
date:

J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE